IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID RUIZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:17-cv-659 |
| CITIMORTGAGE, INC., | § § § | |
| Defendant. | § § | |

## NOTICE OF REMOVAL

Notice is hereby given under 28 U.S.C. § 1332 and 1441 that Defendant CitiMortgage, Inc. ("CMI" or "Defendant") removes this action from the 288th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division. Defendant states the following in support of removal:

### I.  STATE COURT ACTION

1. On July 3, 2017, Plaintiff David Ruiz ("Plaintiff") filed "Plaintiff's Original Petition" ("Petition") in the 288th Judicial District Court of Bexar County, Texas, styled *David Ruiz v. CitiMortgage, Inc.*, under cause number 2017-CI-12139 (the "State Court Action").

2. The state-court docket does not reflect that Defendant has been served with process. Removal is therefore timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty days of the filing of the Petition.

### II.  PROCEDURAL REQUIREMENTS

3. This action is properly removed to this Court, as the State Court Action is pending within this district and division.[1]

4. In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is accompanied

---

[1] 28 U.S.C. § 1441.

by copies of the following:

| | | |
|---|---|---|
| **Exhibit A** | | An index of matters being filed; |
| **Exhibit B** | | A copy of the State Court Docket Sheet; |
| **Exhibit C** | | A copy of all process, pleadings, and orders served[2] upon the defendant in the State Court Action, including: |
| | **Exhibit C1** | Plaintiff's Original Petition, filed on July 3, 2017; |
| | **Exhibit C2** | Civil Information Sheet, filed on July 3, 2017; |
| | **Exhibit C3** | Temporary Restraining Order and Order Setting Hearing for Temporary Orders, filed on July 3, 2017; |
| | **Exhibit C4** | Request for documents to Bexar County District Clerk, filed on July 17, 2017. |
| **Exhibit D** | | Civil Cover Sheet and Supplemental Civil Cover Sheet. |
| **Exhibit E** | | Bexar Central Appraisal District Appraisal |

### III.   DIVERSITY JURISDICTION

5.   This Court has jurisdiction over this action under 28 U.S.C. § 1332(a) because there is complete diversity of the properly-joined parties and the amount in controversy exceeds $75,000.00.

**A.   Complete Diversity Exists**

6.   The parties to the matter are completely diverse as required by 28 U.S.C. § 1332.

7.   On information and belief, Plaintiff is a citizen of Texas. In his Petition, Plaintiff asserts that he resides in Bexar County, Texas.[3]

8.   Defendant CitiMortgage, Inc. ("CMI") is a corporation. A corporation is a citizen of the state in which it is incorporated and the state in which it has its principal place of

---

[2] These items were not served on Defendant, but were retrieved from the state court clerk. *See* Ex. C4.
[3] Ex. C1, ¶ 3.

business.[4] CMI has its principal place of business in O'Fallon, Missouri, and is incorporated in the State of New York. Accordingly, CMI is a citizen of Missouri and New York for diversity purposes.

9.  Because Plaintiff is a citizen of Texas and Defendant is not, complete diversity exists.[5]

**B.   The Amount in Controversy Exceeds $75,000.**

1.  The amount in controversy is over $75,000.00.

2.  When the right to property is in question, the value of the property determines the jurisdictional amount in controversy.[6] The Fifth Circuit has explained that "[i]n actions enjoining a lender from transferring property and preserving an individual's ownership interest, it is the property itself that is the object of the litigation; the value of that property represents the amount in controversy."[7] In determining how to value the subject property, the amount in controversy requirement may be satisfied if the fair market value of the subject property exceeds $75,000.[8]

3.  Plaintiff has requested that the court issue an injunction restraining Defendant from foreclosing on the subject property at 9611 Country Shadow, San Antonio, Texas 78254 ("Property"). According to the Bexar Central Appraisal District, the Property's current fair market value is $208,720.00.[9] Because Plaintiff seeks to enjoin Defendant from foreclosing the Property, the amount in controversy includes the value of the Property. Accordingly, Plaintiff has placed at issue an amount in controversy in excess of the $75,000 minimum requirement, and the jurisdictional threshold under 28 U.S.C. § 1332(a) is satisfied.

---

[4] 28 U.S.C. § 1332(c).
[5] *See* 28 U.S.C. § 1332(a)(1).
[6] *See Waller v. Prof'l Ins. Corp.*, 296 F.2d 545, 547-48 (5th Cir. 1961).
[7] *Farkas v. GMAC Mortgage, LLC*, F.3d 338, 341 (5th Cir. 2013).
[8] *See Martinez v. BAC Home Loans Servicing, LP*, 777 F. Supp. 2d 1039, 1048 (5th Cir. 2010).
[9] *See* Ex. E.

## IV.   CONCLUSION

10. Removal of this action is proper under 28 U.S.C. § 1441. This is a civil action brought in a state court, and the federal district courts have diversity jurisdiction under 28 U.S.C. § 1332(a) because there is complete diversity and the amount in controversy exceeds $75,000.00.

11. As a result, CMI removes this action from the 288th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, so that this Court may assume jurisdiction over the cause as provided by law.

Respectfully Submitted,

*/s/ Charles R. Curran*
Daniel P. Tobin
Texas Bar I.D. 24046978
*dtobin@settlepou.com*
Charles R. Curran
Texas Bar I.D. 24076334
*ccurran@settlepou.com*

SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR CITIMORTGAGE, INC.

## Certificate of Service

I certify that this document was served in accordance with the Federal Rules of Civil Procedure on July 20, 2017, by the manner indicated upon the following persons:

<u>Via CM/RRR # 9414 7266 9904 2090 6432 92</u>
Enrique "Alex" Salazar
Law Offices of Alex Salazar
214 Dwyer Avenue, Suite 302
San Antonio, Texas 78204
*Attorney for Plaintiff*

                                                                             */s/ Charles R. Curran*
                                                                             Charles R. Curran