AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

**FILED**

for the

Western District of Texas

AUG **2 8** 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| DAvid Ruiz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  5:17cv659-DAE |
| Citimortgage, Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The Court GRANTS CitiMortgage's Motion to Dismiss (Dkt. # 5), and Plaintiff's claims are DISMISSED
WITH PREJUDICE.

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  David A. Ezra _____

Date:    08/28/2017                                 *CLERK OF COURT*

_____ , Amy Jackson
*Signature of Clerk or Deputy Clerk*